# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-714
_____

JOHN SARA,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

August 27, 2019


PER CURIAM.

    AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

No appearance for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.